WARNER, J.,
concurring in part and dissenting in part.
I would not hold that the attorney’s failure to move for a judgment of acquittal based upon failure to prove the value of the stolen property was ineffective assistance of counsel on its face. There was evidence of valuation, which was likely insufficient. However, there was no showing that the State could not have cured the defect by reopening its case. See Hicks v. State, 41 So.3d 327, 329 (Fla. 2d DCA 2010) (noting that where the State failed to prove an essential element of its case, the record on direct appeal may sometimes be adequate to assess ineffective assistance of counsel for failure to move for a judgment of acquittal, if it is clear that the State could not reopen its case to address the element). I concur in the majority opinion with respect to the error of the trial court in failing to admit the judgment of foreclosure in support of the appellant’s defense.